IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00507-PAB-BNB

JUSTIN STEPHENS,

    Plaintiff,

v.

FMS INVESTMENT CORP., a Maryland corporation,

    Defendant.
_____

## NOTICE OF SETTLEMENT
_____

COME NOW the Plaintiff and Defendant by and through their counsel of record and for their Notice of Settlement, hereby state as follows:

1. The Plaintiff and Defendant have reached a settlement.

2. The Parties will be filing a Stipulation of Dismissal with Prejudice, with each party to pay his or its own attorneys' fees and costs, once the settlement documents have been executed by the parties and delivered to all counsel and after Plaintiff receives the settlement funds. The parties expect this to happen by April 27, 2011.

Dated: April 12, 2012.

| | |
|---|---|
| s/ David M. Larson | s/ Louis Leonard Galvis |
| David M. Larson, Esq. | Louis Leonard Galvis |
| 88 Inverness Circle, Suite I-101 | Sessions, Fishman, Nathan & Israel, LLC |
| Englewood, CO 80112 | 645 Stonington Lane |
| Telephone: (303) 799-6895 | Fort Collins, CO 80525 |
| E-mail: larsonlawoffice@gmail.com | Telephone: (970) 223-4420 |
| Attorney for the Plaintiff | E-mail: lgalvis@sessions-law.biz |
| | Attorneys for the Defendant |